IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Guyton, Johanna | Case Number: 07 B 20536 |
|---|---|---|
| | Guyton, Joe | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 11/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 23, 2008
Confirmed: February 4, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,620.00 | |
| Secured: | | 1,454.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,024.00 |
| Trustee Fee: | | 141.96 |
| Other Funds: | | 0.00 |
| Totals: | 2,620.00 | 2,620.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,024.00 | 1,024.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Auto Finance | Secured | 11,883.07 | 300.00 |
| 4. | City Of Chicago | Secured | 901.18 | 39.53 |
| 5. | Santander Consumer USA | Secured | 22,818.83 | 870.00 |
| 6. | Cook County Treasurer | Secured | 3,145.00 | 110.00 |
| 7. | Washington Mutual | Secured | 11,690.37 | 134.51 |
| 8. | Wells Fargo Auto Finance | Unsecured | 22.05 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 189.42 | 0.00 |
| 10. | Santander Consumer USA | Unsecured | 75.63 | 0.00 |
| 11. | Sprint Nextel | Unsecured | 42.25 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 411.36 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 17.64 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 98.05 | 0.00 |
| 15. | Monterey Financial Services | Unsecured | 150.28 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 74.58 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 36.00 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 61.37 | 0.00 |
| 19. | Commonwealth Edison | Unsecured | 192.06 | 0.00 |
| 20. | CCA | Unsecured | | No Claim Filed |
| 21. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 22. | Collection | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | FAMS | Unsecured | | No Claim Filed |
| 25. | Target Financial Services | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Guyton, Johanna  
Guyton, Joe  
Printed: 9/23/08

Case Number: 07 B 20536  
Judge: Hollis, Pamela S  
Filed: 11/2/07

| | | | |
|---|---|---|---|
| 26. BYL Collection Services | Unsecured | | No Claim Filed |
| 27. Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 28. Comcast | Unsecured | | No Claim Filed |
| 29. NCO Financial Systems | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 52,833.14 | $ 2,478.04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 139.21 |
| 6.5% | 2.75 |
| | _____ |
| | $ 141.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____